IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>THOMAS MECHAM RICKS<br><br><br>Debtor. | BK Case No. 09-00215-JDP |
| JEREMY GUGINO, Trustee<br><br><br>Plaintiff/Appellant,<br><br>-vs-<br><br><br>KASTERA LLC, an Idaho Limited Liability Company,<br>Defendant/Appellee. | Case No. 1:CV-10-417-BLW<br><br><br>**BRIEFING SCHEDULE** |

The record on appeal in this case having been received by the Clerk of Court, and the Court being fully advised in the premises, **NOW, THEREFORE, IT IS HEREBY ORDERED**:

1. That Plaintiff/Appellant's opening brief shall be due on or before December 21, 2010.

2. Pursuant to Local Bankruptcy Rule 1001.1(b), and Local Rules of Civil Practice 1.1(c), the Local Rules of Civil Practice shall govern this appeal.

3. All response and reply briefs shall be due according to the deadlines imposed in Local Rule of Civil Practice 7.1

4. If the Court decides that oral argument is necessary, the Court will follow the procedures set forth in Local Rule of Civil Practice 7.1(d).

DATED: **November 22, 2010**

B. LYNN WINMILL
Chief Judge
United States District Court