**Jed W. Manwaring ISB#3040**
EVANS KEANE LLP
**Attorneys at Law**
**1405 West Main Street**
**P.O. Box 959**
**Boise, ID 83701-0959**
**Phone:  (208) 384-1800**
**Fax:     (208) 345-3514**
Email: jmanwaring@evanskeane.com

**Attorneys for Kastera LLC**

## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| **In Re:**<br><br>**THOMAS MECHAM RICKS,**<br><br>    **Debtor.** | **Case No. 09-00215 JDP** |
| **JEREMY GUGINO, Trustee,**<br><br>    **Plaintiff/Appellee,**<br><br>**vs.**<br><br>**KASTERA LLC, an Idaho Limited Liability Company,**<br><br>    **Defendant/Appellant** | **Case No. 1:CV-10-417-BLW** |

### STIPULATION FOR DISMISSAL OF APPEAL

Kastera LLC, the Appellant, and Jeremy Gugino, Appellee, stipulate and move the Court for dismissal of the Notice of Appeal (Docket No. 1) filed 8/18/2010 in the above case based upon the grounds that the adversary proceeding has been fully and completely compromised. Attached is a true and correct copy of an Order Approving Compromise filed in the bankruptcy case on 12/2/10 whereby one of the terms is dismissal of said appeal.

*STIPULATION FOR DISMISSAL OF APPEAL   - 1*

Dated this 3rd day of December, 2010.

                                  EVANS KEANE LLP


                        By_____/s/ Jed W. Manwaring___
                          Jed W. Manwaring, Of the Firm
                          Attorneys for Kastera LLC


                    _____/s/ Jeremy J. Gugino_____
                    Jeremy J. Gugino, Trustee, Appellee


## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 3rd day of December, 2010, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

- Jeremy Gugino    gugino@cableone.net, id10@ecfcbis.com

- Thomas C Morris    tmorris@belnaplaw.com, bfitzsimons@belnaplaw.com

- Brent T Robinson    btr@idlawfirm.com, cb@idlawfirm.com

- Thomas G Walker    twalker@cosholaw.com, pcarson@cosholaw.com;eklein@cosholaw.com;mwhatcott@cosholaw.com


                            _____/s/Jed W.  Manwaring_____
                            Jed W. Manwaring