IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: <br><br> THOMAS MECHAM RICKS <br><br><br> Debtor. | BK Case No. 09-00215-JDP |
| JEREMY GUGINO, Trustee <br><br><br> Plaintiff/Appellee, <br><br> -vs- <br><br><br><br> KASTERA LLC, an Idaho Limited Liability Company, <br> Defendant/Appellant. | Case No. 1:CV-10-417-BLW <br><br><br> **ORDER** |

The parties having stipulated to dismiss this appeal,

NOW THEREFORE IT IS HEREBY ORDERED, that the Stipulation for

Dismissal of Appeal (docket no. 3) is APPROVED.

**Order - 1**

IT IS FURTHER ORDERED, that this case be DISMISSED and that the Clerk close this case.



DATED:  **December 6, 2010**

B. LYNN WINMILL
Chief Judge
United States District Court